JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRI TYRONE ROBERTS,<br>　　　　　Petitioner,<br>　　vs.<br>JOHN N. KATAVICH, Warden,<br>　　　　　Respondent. | Case No. EDCV 15-00320- JAK (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: 1/20/16

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE